UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Rachel M. Jones, | ) | Court File No. 08-04916-PAM-FLN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| Life Insurance Company of North America, | ) | |
| | ) | |
| Defendants. | ) | |

_____

Pursuant to the Stipulation of Dismissal with Prejudice executed by Plaintiffs and Defendants,

IT IS HEREBY ORDERED that judgment be entered dismissing the Plaintiffs' claims against Defendants, with prejudice, and without costs or disbursements being assessed or charged to either party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January  22 , 2009         BY THE COURT:


                                  s/Paul A. Magnuson
                                  The Honorable Paul A. Magnuson
                                  Senior Judge of United States District Court